AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| William Coleman Camp <br> *Plaintiff* <br> v. <br> Randall Williams, Timothy Clark, Eric Jackson, Captain King, Sgt. Rogers, Jerimiah Randolph, Makayla Wins, Shontia Robinson, et al <br> *Defendant* | Civil Action No.   4:19-cv-1884-MBS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b).


This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, United States District Judge who adopted the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.


Date:   February 18, 2020                                         *CLERK OF COURT*


                                                                  s/Debbie Stokes
                                                                  *Signature of Clerk or Deputy Clerk*